679 A.2d 226

Linda S. KAISER, Insurance Commissioner of the Commonwealth of Pennsylvania and Statutory Liquidator of Corporate Life Insurance Company, by her deputy, William Taylor, Jr. and Newspan, Inc., Appellee,

v.

DP REALTY TRUST, DP Realty Trust, Inc., Covest, Ltd., Ficrest Retirement Corp., Ficrest Retirement Nominee Trust, Robert F. Feige, Steven Sechrest, Timothy D. Cox, Robert W. Martin, III, Bernard Cox and Hearthstone Funding Corp.

Appeal of DP REALTY TRUST, DP Realty Trust, Inc., Covest, Ltd., Robert F. Feige, Patricia Fiege, Ficrest Retirement Corp., Ficrest Retirement Nominee Trust, Timothy D. Cox and Bernard Cox.

Supreme Court of Pennsylvania.

July 18, 1996.

## ORDER

PER CURIAM.

Order of the Commonwealth Court is affirmed.